| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** |
|---|
| WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 |

| In Re:<br><br>Arthur and Jennifer Seeger,<br>                      Debtors | Case No.: 18-29080<br><br>Adv. No:<br><br>Hearing Date: 02/06/2019<br><br>Chapter: 13<br><br>Judge: CHRISTINE M. GRAVELLE |
|---|---|

## CERTIFICATION OF DEBTOR IN SUPPORT OF CHAPTER 13 PLAN

Jennifer Seeger, hereby certify and say:

1. I am the co-debtor in connection with the above matter.

2. My husband starting working for Uber and I have provided the new income to my attorney and reviewed the expenses. Through my attorney,, amended Schedules have been filed to show the new income and expenses. The original Schedule J had our expenses lower then what our actual expenses were. The Amended J now shows the following expenses:

    Food:            $710.00

    Clothing         $142.00

    Personal Care    $69.00

    Transportation  $350.00 – this increased based upon gas and toll receipts.

3. These expenses are at or below the IRS standard as advised by my attorney. We have filed an Amended J showing an increase of approximately $162.46 in expenses which is compatible with our wage bracket.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 4, 2019      */s/ Jennifer Seeger*
                    Jennifer Seeger