| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-29080 / CMG**

Arthur Edward Seeger
Jennifer Paradise Seeger

Petition Filed Date: 09/26/2018
341 Hearing Date: 10/25/2018
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/02/2018 | $1,325.00 | 53617750 | 11/16/2018 | $1,325.00 | 53967810 | 12/20/2018 | $1,325.00 | 54818540 |

**Total Receipts for the Period: $3,975.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Arthur Edward Seeger | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq. | Attorney Fees | $4,360.00 | $0.00 | $4,360.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | CONSUMER PORTFOLIO SERVICES | Unsecured Creditors | $4,851.50 | $0.00 | $0.00 |
| 2 | STEEL TRACKS, INC. | Unsecured Creditors | $6,549.66 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CREDIT ONE | Unsecured Creditors | $933.40 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,526.77 | $0.00 | $0.00 |
| 5 | SANTANDER CONSUMER USA INC<br>»»  2012 FORD TAURUS | Debt Secured by Vehicle | $1,428.72 | $0.00 | $0.00 |
| 6 | Wells Fargo Bank, NA | Unsecured Creditors | $4,395.09 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA NA | Unsecured Creditors | $1,400.74 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $1,825.82 | $0.00 | $0.00 |
| 9 | MTGLQ INVESTORS<br>»»  P/842 CODY ROAD./1ST MTG | Mortgage Arrears | $54,604.27 | $0.00 | $0.00 |
| 10 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $197.38 | $0.00 | $0.00 |
| 11 | SPINIELLO COS WORLDWIDE | Unsecured Creditors | $7,667.05 | $0.00 | $0.00 |
| 12 | MERRICK BANK | Unsecured Creditors | $3,129.69 | $0.00 | $0.00 |
| 13 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $776.50 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC | Unsecured Creditors | $2,186.61 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $1,866.91 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,300.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,325.00 |
| Paid to Trustee: | $371.00 | Arrearages: | $0.00 |
| Funds on Hand: | $4,929.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**