UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 18-29080 |
| SEEGER, ARTHUR EDWARD | | Chapter: | 7 |
| SEEGER, JENNIFER PARADISE | | Judge: | CMG |

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on February 18, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at:  842 CODY ROAD, TOMS RIVER, NJ
> The debtor(s) purchased the property in 1985 for $89,900. The property is valued at $271,000 based on an online Comparative Market Analysis.

> Liens on property:
>
> RUSHMORE LOAN MGMT. SVCS. - $314,736

> Amount of equity claimed as exempt:
>
> $36,040.75

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 18-29080-CMG
Arthur Edward Seeger                                           Chapter 7
Jennifer Paradise Seeger
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 3          Date Rcvd: Jan 21, 2020
                              Form ID: pdf905              Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db           +Arthur Edward Seeger,    842 Cody Road,    Toms River, NJ 08753-4452
jdb          +Jennifer Paradise Seeger,    842 Cody Road,    Toms River, NJ 08753-4452
cr           +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
517776661   ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     Attn: Bankruptcy,   Po Box 982238,
               El Paso, TX 79998)
517855861    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517776664    +Bureau of Account Management,    3601 Us Highway 9,    Howell, NJ 07731-3395
517776663    +Bureau of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
               Camp Hill, PA 17001-8875
517776667     Community Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,    P. O. Box 2594,
               Clifton, NJ 07015-2594
517776671    +FedLoan Servicing,    Attn: Bankruptcy,   Po Box 69184,    Harrisburg, PA 17106-9184
517776672    +FedLoan Servicing,    Po Box 60610,   Harrisburg, PA 17106-0610
517776680    +Milstead & Associates,    1 E. Stow Road,    Marlton, NJ 08053-3118
517776685    +Pressler, Felt & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517776686    +Robert B. Our Co., Inc.,    24 Great Western Road,    PO Box 1539,   Harwich, MA 02645-6539
517776687    +Rushmore Loan Management Service,    Attn: Bankruptcy,    Po Box 55004,   Irvine, CA 92619-5004
517885433    +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
517776688    +Rushmore Loans Management Service,    Pob 52708,    Irvine, CA 92619-2708
517841935    +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517776692   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,     Division of Taxation,   Bankruptcy Unit,
               P.O. Box 245,    Trenton, NJ 08695-0245)
517776690    +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
517776689    +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,   Fort Worth, TX 76161-0244
517891580    +Spiniello Cos Worldwide,    354 Eisenhower Parkway,    Livingston, NJ 07039-1022
517776691    +Spiniello Cos Worlwide,    c/o Marshall Dennehey Warner Coleman,    Attn: Pauline F. Tutelo, Esq.,
               425 Eagle Rock Ave., Suite 302,    Roseland, NJ 07068-1776
517806669    +Steel Tracks Inc.,    1576 Old Fannin Rd., Ste. F,    Brandon, MS 39047-9264
517776693    +Steel Tracks, Inc.,    PO Box 122,   Woodstock, OH 43084-0122
518294577    +US Bank Trust NA,    SN Servicing Corporation,    323 5th Street,   Eureka, CA 95501-0305
518294578    +US Bank Trust NA,    SN Servicing Corporation,    323 5th Street,   Eureka, CA 95501,
               US Bank Trust NA,    SN Servicing Corporation 95501-0305
517776695   ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
             (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Dept,   Po Box 6429,
               Greenville, SC 29606)
517776696    +Wells Fargo Bank,    3201 N 4th Ave,   Sioux Falls, SD 57104-0700
517842217     Wells Fargo Bank, N.A., Wells Fargo Card Services,     P.O. Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 22 2020 00:33:11     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 22 2020 00:33:10     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517776666     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 22 2020 00:38:28     Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
517892778     E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 22 2020 00:36:47
               CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
               Greenville, SC 29603-0368
517776665    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 22 2020 00:38:29     Capital One,
               Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517824297     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 22 2020 00:37:29
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517776668    +E-mail/Text: bankruptcy@consumerportfolio.com Jan 22 2020 00:33:14     Consumer Portfolio Svc,
               Attn: Bankruptcy,    Po Box 57071,   Irvine, CA 92619-7071
517776669    +E-mail/Text: bankruptcy@consumerportfolio.com Jan 22 2020 00:33:14     Consumer Portfolio Svc,
               Po Box 57071,    Irvine, CA 92619-7071
517776670    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 22 2020 00:37:33     Cw Nexus Credit Card,
               101 Crossways Park Dr W,    Woodbury, NY 11797-2020
517776673     E-mail/Text: cio.bncmail@irs.gov Jan 22 2020 00:32:59     Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
517893900     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 22 2020 00:38:33     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517776674    +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 22 2020 00:36:51
               LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,   Po Box 10497,
               Greenville, SC 29603-0497
517776675    +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 22 2020 00:37:39
               LVNV Funding/Resurgent Capital,    Po Box 1269,   Greenville, SC 29602-1269
```

```
District/off: 0312-3           User: admin                Page 2 of 3                   Date Rcvd: Jan 21, 2020
                               Form ID: pdf905            Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517892761         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 22 2020 00:37:34      MERRICK BANK,
                   Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517776676        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 22 2020 00:36:49
                   Merrick Bank/CardWorks,    Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
517776677        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 22 2020 00:37:32
                   Merrick Bank/CardWorks,    Po Box 9201,   Old Bethpage, NY 11804-9001
517776679        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 22 2020 00:33:10      Midland Funding,
                   2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517776678        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 22 2020 00:33:10      Midland Funding,
                   2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517822542        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 22 2020 00:33:10      Midland Funding LLC,
                   PO Box 2011,   Warren, MI 48090-2011
517776681        +E-mail/Text: bankruptcy@onlineis.com Jan 22 2020 00:33:20      Online Collections,
                   Attn: Bankruptcy,   Po Box 1489,    Winterville, NC 28590-1489
517776682        +E-mail/Text: bankruptcy@onlineis.com Jan 22 2020 00:33:20      Online Collections,   Po Box 1489,
                   Winterville, NC 28590-1489
517776684         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 00:36:48
                   Portfolio Recovery,   120 Corporate Blvd Ste 1,    Norfolk, VA 23502
517867822         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 00:36:48
                   Portfolio Recovery Associates, LLC,    C/Ocapital One Bank (usa), N.a.,    POB 41067,
                   Norfolk VA 23541
518203799         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 00:36:48
                   Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
518203800         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 00:38:30
                   Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541,
                   Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
517776683        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 00:37:34
                   Portfolio Recovery,   Po Box 41021,    Norfolk, VA 23541-1021
517776694        +E-mail/Text: sternback@heitnerbreitstein.com Jan 22 2020 00:33:09      Trojan Tracks USA,
                   c/o Heitner & Breitstein, PC,   28 N. Main St.,    Marlboro, NJ 07746-1429
517887526        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 22 2020 00:36:51      Verizon,
                   by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517776662*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982238,   El Paso, TX 79998)
517899577*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,
                   C/Ocapital One Bank (usa), N.a.,   POB 41067,    Norfolk VA 23541)
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com
          Thomas Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
          Thomas Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.axosfs.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Arthur Edward Seeger woliver@oliverandlegg.com,
           R59915@notify.bestcase.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jan 21, 2020
                              Form ID: pdf905          Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        William H. Oliver, Jr.    on behalf of Joint Debtor Jennifer Paradise Seeger woliver@oliverandlegg.com, R59915@notify.bestcase.com

        TOTAL: 7