| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| MORTON & CRAIG, LLC | |
| 110 Marter Avenue, Suite 301 | |
| Moorestown, NJ 08057   (856)866-0100 | |
| Attorney for : Santander Consumer USA Inc. | |
| Our File No.: 50543 | |
| JM-5630 | |

Order Filed on February 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 18-29080 |
|---|---|---|
| Arthur Edward Seeger | Hearing Date: | 2-4-2020 |
| Jennifer Paradise Seeger | Judge: | CMG |
| | Chapter: | 7 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 4, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____Santander Consumer USA Inc._____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏    Real property more fully described as:

☑    Personal property more fully described as:

> 2012 Ford Taurus
> Vehicle Identification Number
> 1FAHP2HW3CG113574

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:
Arthur Edward Seeger
Jennifer Paradise Seeger
    Debtors

Case No. 18-29080-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 04, 2020
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2020.
db/jdb    +Arthur Edward Seeger,   Jennifer Paradise Seeger,   842 Cody Road,   Toms River, NJ 08753-4452

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2020 at the address(es) listed below:
    John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
    Rebecca Ann Solarz   on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
    Thomas Orr   tom@torrlaw.com, Torr@ecf.axosfs.com
    Thomas Orr   on behalf of Trustee Thomas Orr tom@torrlaw.com, Torr@ecf.axosfs.com
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
    William H. Oliver, Jr.   on behalf of Debtor Arthur Edward Seeger courtdocs@oliverandlegg.com, R59915@notify.bestcase.com
    William H. Oliver, Jr.   on behalf of Joint Debtor Jennifer Paradise Seeger courtdocs@oliverandlegg.com, R59915@notify.bestcase.com
    TOTAL: 7