UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 State Highway 33, Suit 112
Neptune, NJ  07753
(732)988-1500 – Telefax (732) 775-7404
Attorney for Debtor(s)

Order Filed on February 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ARTHUR EDWARD SEEGER
JENNIFER PARAIDSE SEEGER

                                    Debtors

Case No.: 18-29080

Adv. No.:

Hearing Date:  Feb. 18, 2020 @ 10am

Chapter 7

Judge: Christine M. Gravelle

**ORDER TO REDEEM 2012 FORD TAURUS-V6
PURSUANT TO 11 U.S.C. SECTION 722**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 18, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors:    ARTHUR & JENNIFER SEEGER
Case No.:   18-29080(CMG)
Caption of Order: **ORDER TO REDEEM 2012 FORD TAURUS-V6 PURSUANT TO 11 U.S.C. SECTION 722**
Page 2

**THIS MATTER**, having been brought before this Court by William H. Oliver, Jr., Esq., attorney for the debtor for an Order to Redeem 2012 Ford Taurus-V6 pursuant to 11 U.S.C. Section 722 and the Court having considered the papers submitted and any objections, and for good cause appearing,

**ORDERED:**

1. The Debtor, Arthur Seeger, may redeem the 2012 Ford Taurus-V6 for the amount of Four Thousand Five Hundred ($4,500.00) Dollars.

2. The monies are to be paid within thirty (30) days of the Final Order of Redemption.