UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 State Highway 33, Suit 112
Neptune, NJ  07753
(732)988-1500 – Telefax (732) 775-7404
Attorney for Debtor(s)

Order Filed on February 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 18-29080 |
| ARTHUR EDWARD SEEGER<br>JENNIFER PARAIDSE SEEGER | Adv. No.: |
| | Hearing Date:  Feb. 18, 2020 @ 10am |
| Debtors | Chapter 7 |
| | Judge: Christine M. Gravelle |

**ORDER TO REDEEM 2012 FORD TAURUS-V6
PURSUANT TO 11 U.S.C. SECTION 722**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 18, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors:    ARTHUR & JENNIFER SEEGER
Case No.:   18-29080(CMG)
Caption of Order:  **ORDER TO REDEEM 2012 FORD TAURUS-V6 PURSUANT TO 11 U.S.C. SECTION 722**
Page 2

**THIS MATTER**, having been brought before this Court by William H. Oliver, Jr., Esq., attorney for the debtor for an Order to Redeem 2012 Ford Taurus-V6 pursuant to 11 U.S.C. Section 722 and the Court having considered the papers submitted and any objections, and for good cause appearing,

**ORDERED:**

1. The Debtor, Arthur Seeger, may redeem the 2012 Ford Taurus-V6 for the amount of Four Thousand Five Hundred ($4,500.00) Dollars.

2. The monies are to be paid within thirty (30) days of the Final Order of Redemption.

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur Edward Seeger  
Jennifer Paradise Seeger  
       Debtors

Case No. 18-29080-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 20, 2020  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.  
db/jdb         +Arthur Edward Seeger,    Jennifer Paradise Seeger,    842 Cody Road,    Toms River, NJ 08753-4452

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:

         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Rebecca Ann Solarz    on behalf of Creditor    MTGLQ Investors, LP rsolarz@kmllawgroup.com  
         Thomas Orr    tom@torrlaw.com, Torr@ecf.axosfs.com  
         Thomas Orr    on behalf of Trustee Thomas Orr tom@torrlaw.com, Torr@ecf.axosfs.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William H. Oliver, Jr.    on behalf of Debtor Arthur Edward Seeger courtdocs@oliverandlegg.com, R59915@notify.bestcase.com  
         William H. Oliver, Jr.    on behalf of Joint Debtor Jennifer Paradise Seeger courtdocs@oliverandlegg.com, R59915@notify.bestcase.com  
                                                                                                            TOTAL: 7