Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                Case No.: 18–29080–CMG
                                Chapter: 7
                                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Arthur Edward Seeger | Jennifer Paradise Seeger |
| 842 Cody Road | 842 Cody Road |
| Toms River, NJ 08753 | Toms River, NJ 08753 |

Social Security No.:
  xxx–xx–0781                                         xxx–xx–0956

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 17, 2020</u>                 <u>Christine M. Gravelle</u>
                                                    Judge, United States Bankruptcy Court